IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| **CHARLES L. JONES** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO: 2:17-CV-00708** |
| ) | |
| **COVINGTON CREDIT OF ALABAMA,** ) | |
| **INC.** ) | |
| ) | |
| **Defendant.** ) | |

### PARTIES JOINT STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Respectfully submitted

/s/ Jeffrey D. Price _____
RHON E. JONES (JON093)
JEFFREY D. PRICE (PRI086)
**ATTORNEYS FOR PLAINTIFF**

        /s/ Joshua Howard Threadcraft
Joshua Howard Threadcraft
BURR & FORMAN LLP
420 N. 20th Street, Sutie 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 413-8701
jthreadcraft@burr.com
**ATTORNEY FOR COVINGTON CREDIT OF ALABAMA, INC.**

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Facsimile)
rhon.jones@beasleyallen.com
jeff.price@beasleyallen.com