**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 21, 2018

# NOTICE OF VOLUNTARY DISMISSAL

Re:  Charles L. Jones v. Covington Credit of Alabama, Inc.
     Civil Action No. #2:17-cv-00708-SRW

Pursuant to the [19] Joint Stipulation of Dismissal filed by the parties on 6/20/2018 and Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is dismissed with prejudice, without an order of the court. This case will remain closed.